## Commonwealth, Appellant, *v.* One 1963 Chevrolet II Nova 4 Door Station Wagon (Reichenbach).

Submitted December 17, 1965. *Robert J. Wollet,* Special Assistant Attorney General, *Thomas J. Shannon,* Assistant Attorney General, and *Walter E. Alessandroni,* Attorney General, for Commonwealth, appel-

lant; *Lester L. Greevy*, and *Greevy, Knittle & Mitchell*, for appellee.

Order affirmed.